IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-00132-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VERNON MCCALLUM | ) | |
| | ) | |

This matter is before the court on Defendant Vernon McCallum's Motion to Terminate Supervised Release [DE-3] pursuant to 18 U.S.C. § 3583(e).

Defendant McCallum presents a strong case for early termination. Since his release from prison in 2009, McCallum has fully complied with the terms of his supervised release. He has pursued his education and gained employment as a truck driver. He has cut ties from negative influences, and appears committed to a law-abiding life. The court is satisfied that early termination of Defendant's supervised release "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, Defendant's Motion to Terminate Supervised Release [DE-3] is ALLOWED. It is hereby ORDERED that Defendant's supervised release be terminated and defendant be discharged.

SO ORDERED.

This, the 2 of November, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge